UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| THOMAS F. MAGUIRE | CIVIL ACTION NO. 2:01 |
| Plaintiff, | 3:03 CV 0092 (AHN) |
| v. | US DISTRICT COURT BRIDGEPORT CT |
| AETNA LIFE INSURANCE COMPANY | |
| Defendant. | November 19, 2003 |

### STIPULATION DISMISSING ACTION

IT IS HEREBY STIPULATED and agreed by among the undersigned counsel for the respective parties in this action that pursuant to Fed. R. Civ. P. 41(a)(1), the above-captioned action is dismissed in all respects, with prejudice, and without costs to either party.

SHIPMAN & GOODMAN, LLP

By: *Vaughan Finn*
Vaughan Finn, Esq. (CT 13963)
One American Row
Hartford, CT 06103
Tel. (860)251-5505
Fax (860)251-5599
e-mail: vfinn@goodwin.com
Attorney for the Defendant,
Aetna Life Insurance Company

GARY PHELAN, LLC

By: *Gary Phelan*
Gary Phelan, Esq. (CT03670)
433 South Main Street, Suite 117
West Hartford, CT 06103
Tel. (860)313-5005
Fax (860)313-5350
e-mail: phelanlaw@snet.net
Attorney for the Plaintiff,
Thomas Maguire