Case 3:03-cv-00092-AHN   Document 19   Filed 11/25/2003   Page 1 of 1

03CV92STIPDISM

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| THOMAS F. MAGUIRE | CIVIL ACTION NO. |
| Plaintiff, | 3:03 CV 0092 (AHN) |
| v. | |
| AETNA LIFE INSURANCE COMPANY | |
| Defendant. | November 19, 2003 |

## STIPULATION DISMISSING ACTION

IT IS HEREBY STIPULATED and agreed by among the undersigned counsel for the respective parties in this action that pursuant to Fed. R. Civ. P. 41(a)(1), the above-captioned action is dismissed in all respects, with prejudice, and without costs to either party.

| SHIPMAN & GOODMAN, LLP | GARY PHELAN, LLC |
|---|---|
| By: /s/ Vaughan Finn | By: /s/ Gary Phelan |
| Vaughan Finn, Esq. (CT 13963) | Gary Phelan, Esq. (CT03670) |
| One American Row | 433 South Main Street, Suite 117 |
| Hartford, CT 06103 | West Hartford, CT 06103 |
| Tel. (860)251-5505 | Tel. (860)313-5005 |
| Fax (860)251-5599 | Fax (860)313-5350 |
| e-mail: vfinn@goodwin.com | e-mail: phelanlaw@snet.net |
| Attorney for the Defendant, | Attorney for the Plaintiff, |
| Aetna Life Insurance Company | Thomas Maguire |

AS STIPULATED BY THE PARTIES, A DISMISSAL SHALL ENTER.

Alan H. Nevas, USDJ